UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JORGE ARMANDO SOSA,<br><br>            Petitioner,<br><br>v.<br><br>MAGGIE MILLER-STOUT,<br><br>            Respondent. | NO: 13-CV-5084-TOR<br><br>ORDER DISMISSING PETITION |

By Order filed October 29, 2013, the Court directed Petitioner, a *pro se* prisoner at the Airway Heights Corrections Center, to show cause why his federal habeas petition should not be dismissed for failure to exhaust state court remedies. Plaintiff did not comply with this directive and has filed nothing further in this action.

Therefore, for the reasons set forth in the Order to Show Cause (ECF No. 6), **IT IS ORDERED** Mr. Sosa's Petition for Writ of Habeas Corpus by a Person in State Custody pursuant to 28 U.S.C. § 2254 is **DISMISSED** without prejudice to

ORDER DISMISSING PETITION -- 1

seeking appropriate state court remedies. 28 U.S.C. § 2254(b); *Baldwin v. Reese*, 541 U.S. 27 (2004); *O'Sullivan v. Boerckel*, 526 U.S. 838 (1999).

**IT IS SO ORDERED**. The District Court Executive is directed to enter this Order, enter judgment, forward a copy to Petitioner at his last known address and **CLOSE** the file.

**DATED** December 18, 2013.



THOMAS O. RICE
United States District Judge